Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WOLFSON, | Case No. 20-cv-06471-TSH |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| PRINCIPIA BIOPHARMA INC., DAN BECKER, PATRICK MACHADO, ALAN B. COLOWICK, SIMEON GEORGE, SHAWN TOMASELLO, MARTIN BABLER, and SHAO-LEE LIN, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Barbara Wolfson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: November 2, 2020 | **WEISSLAW LLP**<br>Joel E. Elkins<br><br>By: */s/ Joel E. Elkins*<br><br>Joel E. Elkins<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone: 310/208-2800<br>Facsimile: 310/209-2348<br><br>*Attorneys for Plaintiff* |
| **OF COUNSEL:**<br><br>**BRAGAR EAGEL & SQUIRE, P.C.**<br>Melissa A. Fortunato<br>885 Third Avenue, Suite 3040<br>New York, New York 10022<br>Tel: (212) 308-5858<br>Fax: (212) 486-0462<br>Email: fortunato@bespc.com<br><br>*Attorneys for Plaintiff* | |